Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Raquel Lazo
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Raquel_Lazo@fd.org

*Attorney for Petitioner Dorian Milla Leiva

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Dorian Milla Leiva,<br><br>                Petitioner,<br><br>        v.<br><br>Chief Council for the District of Nevada, *et al.*,<br><br>                Respondents. | Case No. 2:26-cv-00867-JAD-NJK<br><br>**Stipulation and Order for Extension of Time to File First Amended Petition**<br><br>**(First Request)**<br>[ECF No. 7] |

On March 24, 2026, this Court appointed the Federal Public Defender's Office to represent Mr. Milla Leiva.[1] Undersigned counsel Raquel Lazo entered her appearance for Petitioner on March 31, 2026.[2] This Court also set a briefing schedule giving Petitioner to April 14, 2026, to file an amended petition or indicate that one is unnecessary.

Counsel for Petitioner met with Petitioner on April 8, 2026. Counsel for Petitioner requests additional time to request and receive records that are necessary to understand and adequately present the potential issues in this matter.

---

[1] ECF No. 3.

[2] *Id*. at 6.

Accordingly, counsel for the United States and Petitioner hereby respectfully request this Court accept the following briefing schedule. Petitioner will file an amended petition by April 24, 2026. Respondents will then have until May 4, 2026, to file a response to the amended petition, and Petitioner will have until May 11, 2026, to file a reply to the response.

Dated April 10, 2026.

Respectfully submitted,

Todd Blanche
Acting Attorney General of the U.S.

Rene L. Valladares
Federal Public Defender

Sigal Chattah
First Assistant United States Attorney

/s/ *Tamer B. Botros*
Tamer B. Botros
Assistant United States Attorney

/s/ *Raquel Lazo*
Raquel Lazo
Assistant Federal Public Defender

## ORDER

Based on the parties' stipulation and with good cause appearing, the stipulation to extend time [ECF No. 7] is GRANTED.   The amended petition is now due April 24, 2026, the response is due May 4, 2026, and the reply is due May 11, 2026.

_____
UNITED STATES DISTRICT JUDGE

DATED: April 15, 2026 _____

2